SEND

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br><br> DEFENDANT(S). | **NOTICE TO PARTIES OF ADR PILOT PROGRAM - DISCRETIONARY REFERRAL** |

Dear Counsel,

  The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program.  To assist the court in evaluating whether this case is suitable for the program,  all counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removed case) is directed to file the Questionnaire with the court concurrently with the Rule 26 (f)  Report.

Clerk, U.S. District Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| V. | |
| DEFENDANT(S). | **ADR PILOT PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation?  Please outline with specificity the type(s) of discovery and proposed completion date(s).  Please outline any areas of disagreement in this regard.  Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

_____
_____
_____
_____
_____
_____
_____

(2) What are the damage amounts being claimed by each plaintiff?  Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

_____
_____
_____
_____
_____
_____
_____

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

Yes ☐   No ☐

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII                                      ☐ Age Discrimination
☐ 42 U.S.C. §1983                         ☐ California Fair Employment and Housing Act
☐ Americans with Disabilities Act of 1990   ☐ Rehabilitation Act
☐ Other _____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

_____        _____
*Date*                                              *Attorney for Plaintiff (Signature)*

                                                      _____
                                                      *Attorney for Plaintiff (Please print full name)*

_____        _____
*Date*                                              *Attorney for Defendant (Signature)*

                                                      _____
                                                      *Attorney for Defendant (Please print full name)*