## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>718 WEST WILSON AVE., GLENDALE, CALIFORNIA, 91203 AND HOVSEP BOGHOSSIAN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV-09-06487-JHN-VBK<br><br>**ADR PILOT PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation?  Please outline with specificity the type(s) of discovery and proposed completion date(s).  Please outline any areas of disagreement in this regard.  Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

In order to prepare adequately for settlement, conference or mediation, the United States must obtain and review financial documentation it has been seeking from Hovsep Boghossian.  While not necessary to prepare for settlement, the Parties, after initial disclosures may conduct routine discovery, including interrogatories, requests for production of documents, requests for admission and depositions.  The parties intend to complete discovery by the end of June 2010.

(2) What are the damage amounts being claimed by each plaintiff?  Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

The United States is not seeking damages.  The United States is seeking, pursuant to 42 U.S.C. Section 9607 of the Comprehensive Environmental Response, Compensation, and Liabiltiy Act ("CERCLA") reimbursement of costs incurred in connection with the release or threatend release of hazardous substances from the Site.  In addition, the United States is seeking assessment of a penalty for the inadequate and untimely response from Mr. Beghossian to information requests submitted to him by the Environmental Protection Agency pursuant to 42 U.S.C. Section 104(e) of CERCLA.

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?
   Yes ☐     No ☒

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII
☐ 42 U.S.C. §1983
☐ Americans with Disabilities Act of 1990
☐ Other _____

☐ Age Discrimination
☐ California Fair Employment and Housing Act
☐ Rehabilitation Act

_____
_____
_____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

December 16, 2009
Date

_____
Attorney for Plaintiff (Signature)

William A. Weinischke and Davis H. Forsythe
Attorney for Plaintiff (Please print full name)

December 16, 2009
Date

_____
Attorney for Defendant (Signature)

Jilbert Tahmazian
Attorney for Defendant (Please print full name)

ADR-9 (02/04)                    ADR PILOT PROGRAM QUESTIONNAIRE