

1 │ PETER J. SALMON (SBN 174386)
  │ LAUREL I. HANDLEY (SBN 231249)
2 │ GENAIL M. ANDERSON (SBN 236834)
  │ PITE DUNCAN, LLP
3 │ 4375 JUTLAND DRIVE, SUITE 200
  │ P.O. BOX 17935
4 │ SAN DIEGO, CA 92177-0935
  │ TELEPHONE: (858) 750-7600
5 │ FACSIMILE: (619) 590-1385
  │ E-Mail: ganderson@piteduncan.com
6 │
  │ Attorneys for Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION
7 │
8 │                    UNITED STATES DISTRICT COURT
9 │                    CENTRAL DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,                    Case No.  CV09-06487-JHN-VBK
12 │                     Plaintiff,               **NOTICE OF MOTION AND MOTION
   │                                              FOR ORDER GRANTING LEAVE TO
   │          v.                                  INTERVENE; MEMORANDUM OF
13 │                                              POINTS AND AUTHORITIES**
14 │ 718 West Wilson Avenue                       **[Filed concurrently with Complaint in
   │ Glendale, California 91203                   Intervention]**
15 │ Lot 17 of Tract no. 4531, in the County of
   │ Los Angeles, California, as per map recorded  Complaint Filed: September 30, 2009
16 │ at Book 52, page 18 of Parcel Maps, Office of Trial Date:      None Set
   │ the County Recorder; and
17 │                                              Date       : February 1, 2010
   │ Hovsep Boghossian,                           Time       : 9:30 a.m.
18 │                                              Court Room : 1600
   │                     Defendants.
19 │
20 │ U.S. BANK, NATIONAL ASSOCIATION,
21 │                     Plaintiff in Intervention,
22 │          v.
23 │ HOVSEP DERBOGHOSSIAN, REMY
   │ MAZMANIAN, Individually, NATIONS
24 │ TITLE COMPANY OF CALIFORNIA,
   │ REGENCY ESTATE PROPERTIES, INC., a
25 │ California corporation, NATIONS TITLE
   │ COMPANY OF CALIFORNIA,
26 │ TRANSUNION TITLE INSURANCE
   │ COMPANY, and DOES 1 through 100,
27 │ Inclusive,
28 │                     Defendants in Intervention.

-1-

1918157.wpd

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   NOTICE IS HEREBY GIVEN that on the above-referenced date and time, in the above-

3   referenced Court Room of the above-captioned Court, Plaintiff in Intervention U.S. Bank, National

4   Association ("U.S. Bank") will move the Court for an order granting it leave to intervene and file

5   the Complaint in Intervention attached hereto as Exhibit A.

6   This motion is made pursuant to 42 U.S.C. § 9613 (i) and Federal Rules of Civil Procedure

7   Rule 24 on the grounds that U.S. Bank has a right to intervene because it has a security interest

8   relating to real property that is the subject matter of this litigation and disposition of the action may

9   as a practical matter impair or impede U.S. Bank's ability to protect its interest.  Moreover, the

10  interest of U.S. Bank is not adequately represented by the existing parties.

11  This motion is based upon this Notice of Motion, the accompanying Memorandum of Points

12  and Authorities and such other and further evidence as the court may hear.

13  Dated:  12/16/09                    PITE DUNCAN, LLP

14

15

16  GENAIL M. ANDERSON, Attorneys for Plaintiff in
    Intervention  U.S.  BANK,  NATIONAL
    ASSOCIATION

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**MEMORANDUM OF POINTS AND AUTHORITIES**

1
2    Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION ("U.S. BANK") submits
3    the following Memorandum of Points and Authorities in support of its Motion for Intervention:

**I. INTRODUCTION**

4
5    Plaintiff's Complaint is, in part, an in rem action against real property located at 718 West
6    Wilson Avenue, Glendale, California 91203 ("Subject Property") in which U.S. Bank has a security
7    interest as a result of a note and deed of trust encumbering the Subject Property executed by Hovsep
8    Boghossian (also known as Hovsep Derboghossian) ("Hovsep"), who is also a named defendant.
9    During escrow on the loan wherein U.S. Bank acquired its security interest, Hovsep conspired with
10   other individuals, including the seller and escrow company, to defraud U.S. Bank by concealing the
11   environmental concerns with the Subject Property and the existence of the lien in favor of the
12   Environmental Protection Agency ("EPA").  As a result of this fraud, U.S. Bank funded the loan to
13   Hovsep in the amount on $1,313,200.00 without knowledge of the environmental concerns with the
14   Subject Property or the existence of the EPA lien, which now appears to have priority over U.S.
15   Bank's security interest in the Subject Property.  Should the EPA obtain judgment in its favor and
16   the Subject Property sold, U.S. Bank's security interest will be wiped out.  Accordingly, U.S. Bank
17   brings the instant motion in order to protect and defend its security interest, and so it will have the
18   prerequisite standing to file a Complaint in Intervention against Defendant and those persons who
19   perpetrated the fraud and actively or negligently concealed the existence of the environmental
20   concerns with the property.

21   **II. THE COMPLAINT IN INTERVENTION IS PROPER IN THIS ACTION**

22   42 U.S.C. § 9613 (i) and Federal Rules of Civil Procedure Rule 24 authorize a person who
23   has an interest in the matter in litigation to intervene in the action.  Under Rule 24, U.S. Bank is
24   entitled to file a complaint in intervention setting forth the grounds upon which intervention rests.
25   In the instant case, U.S. Bank seeks to intervene to protect its security interest against the claim of
26   Plaintiff to the Subject Property.

27   /././

28   /././

-3-

1    Rule 24 provides:

2           (a)    Intervention of Right.

3    On timely motion, the court must permit anyone to intervene who:

4           (1)    is given an unconditional right to intervene by a federal statute; or

5           (2)    claims an interest relating to the property or transaction that is the Subject of the action,  and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless the existing parties adequately represent that interest.

8    U.S. Bank's security interest in the Subject Property is directly and immediately affected by Plaintiff's action. *People v. Superior Court of Ventura County* (1970) 17 Cal.3d 732, 736. Thus, U.S. Bank is seeking to intervene to file the Complaint in Intervention. U.S. Bank has a security interest in the Subject Property as evidenced by its deed of trust, which was duly recorded in the official records of Los Angeles County on June 27, 2008. (See Complaint in Intervention filed concurrently herewith at ¶ 21, Exh. D.)  The EPA lien was recorded in the official records of Los Angeles County on March 6, 2008, prior to U.S. Bank's Deed of Trust. (Complaint at ¶ 13.) If U.S. Bank is not allowed to intervene, Plaintiff could obtain an adjudication which would wipe out U.S. Bank's security interest.  Moreover, Hovsep, as a perpetrator and conspirator of fraud against U.S. Bank in connection with the loan giving rise to U.S. Bank's security interest in the Subject Property, has an interest which is adverse to the interests of U.S. Bank. Accordingly, the interest of U.S. Bank is not adequately represented by the existing parties.

## III.  CONCLUSION

For these reasons, U.S. Bank respectfully requests the Court grant its motion in intervention and permit the filing of the Complaint in Intervention.

Dated: December 16, 2009         PITE DUNCAN, LLP

GENAIL M. ANDERSON, Attorneys for Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION

-4-

## CERTIFICATE OF SERVICE

1

2    I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred

3    to, over the age of 18 years, and not a party to this action.  My business address is 4375 Jutland

4    Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

5    I hereby certify that on December 22, 2009, I served the attached document by U.S. Mail on

6    the following:

| | |
|---|---|
| Leon W. Weidman<br>Office of the U.S. Attorney, Civil Division<br>300 North Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012<br>*Attorney for Plaintiff* | William A. Weinischke<br>U.S. Department of Justice<br>Environmental & Natural Resources Division<br>P. O. Box 7611<br>Washington, DC 20044<br>*Attorney for Plaintiff* |
| Jilbert Tahmazian<br>Jilbert Tahmazian Law Offices<br>1518 West Glenoaks Boulevard<br>Glendale, CA 91201<br>*Attorney for Defendants Hovsep Boghossian<br>and  718 West Wilson Avenue Glendale,<br>California 91203* | |

15    I declare under penalty of perjury under the laws of the United States of America that the

16    foregoing is true and correct.

17    Executed this 22nd day of December 2009, at San Diego, California.

18

19                                                              MARSHA L. JOHNSON

20

21    1932269.wpd

22

23

24

25

26

27

28