UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>718 West Wilson Avenue, Glendale, California 91203, Lot 17 of Tract No. 4531, in the County of Los Angeles, California, as per map recorded at Book 52, page 18 of Parcel Maps, Office of County Recorder; and<br><br>Hovsep Boghossian,<br><br>                Defendants.<br><br>U.S. BANK, NATIONAL ASSOCIATION,<br><br>                Plaintiff in Intervention,<br><br>vs.<br><br>HOVSEP DERBOGHOSSIAN, REMY MAZMANIAN, Individually, NATIONS TITLE COMPANY OF CALIFORNIA, REGENCY ESTATE PROPERTIES, INC., a California corporation, NATIONS TITLE COMPANY OF CALIFORNIA, TRANSUNION TITLE INSURANCE COMPANY, and DOES 1-100, Inclusive,<br><br>                Defendants in Intervention. | Case No. 2:09-cv-06487-JHN-VBKx<br><br>**ORDER GRANTING LEAVE TO INTERVENE**<br><br>Judge: Honorable Jacqueline H. Nguyen |

1   On December 23, 2009, Plaintiff in Intervention filed a Notice of Motion
2   and Motion for Order Granting Leave to Intervene [Docket No. 9].  Neither
3   Plaintiff nor Defendants filed any opposition.  The Court has read and considered
4   the motion and deems this matter appropriate for decision without oral argument.
5   *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.  Accordingly, the hearing set for
6   February 1, 2010 is removed from the Court's calendar.

7   Plaintiff and Defendants were required to file an opposition under Local
8   Rule 7-9.  Failure to do so may be deemed consent to the granting of the motion.
9   *See* Local Rule 7-12.  The Court hereby deems Plaintiff's and Defendants' failure
10  to file a written opposition as consent to the granting of the motion.

11  Accordingly, the Court hereby GRANTS Plaintiff in Intervention's Motion
12  for Order Granting Leave to Intervene and permits the filing of the Complaint in
13  Intervention.

15  Dated:  January 28, 2010

16  _____
17  Honorable Jacqueline H. Nguyen
    UNITED STATES DISTRICT COURT

2