MARK L. KIEFER, ESQ., Bar #116633
ERICKSEN ARBUTHNOT
835 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2603
(213) 489-4411 / (213) 489-4332 Fax
E-mail: mkiefer@ericksenarbuthnot.com

Attorneys for Defendant-In-Intervention NATIONS TITLE COMPANY OF CALIFORNIA, a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>718 WEST WILSON AVENUE, GLENDALE, CALIFORNIA 91203; LOT 17 of TRACT NO. 4531, IN THE COUNTY OF LOS ANGELES, CALIFORNIA, AS PER MAP RECORDED AT BOOK 52, PAGE 18 OF PARCEL MAPS, OFFICE OF THE COUNTY RECORDER; AND HOVSEP BOGHOSSIAN,<br><br>　　　　　Defendants.<br><br>U.S. BANK, NATIONAL ASSN,<br><br>　　　　　Plaintiff In Intervention,<br><br>vs.<br><br>HOVSEP DERBOGHOSSIAN (aka HOVSEP BOGHOSSIAN), an individual, REMY MAZMANIAN, an individual, NATIONS TITLE COMPANY OF CALIFORNIA, REGENCY ESTATE PROPERTIES, INC., a California Corporation, TRANSUNION TITLE INSURANCE COMPANY and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants In Intervention | CASE NO: CV 09-06487 JHN VBKx<br><br>Assigned Judge: Hon. Jacqueline H. Nguyen<br><br>Complaint Filed: 9/30/09<br>Complaint In Intervention Filed: 1/28/10<br><br>Trial: None Set<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**(LOCAL RULE 7.1-1)** |

1

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant-In-Intervention, NATIONS TITLE COMPANY OF CALIFORNIA, a California Corporation, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| United States of America | Plaintiff |
| 718 West Wilson Avenue, Glendale California 91203; Lot 17 of Tract No. 4531 in the County of Los Angeles, California, as per Map recorded at Book 52, Page 18 of Parcel Maps, Office of the County Recorder | Defendant |
| Hovsep Boghossian | Defendant |
| U.S. Bank, National Association | Plaintiff-In-Intervention |
| Hovsep Derboghossian (aka Hovsep Boghossian), an individual | Defendant-In-Intervention |
| Remy Mazmanian, an individual | Defendant-In-Intervention |
| Nations Title Company of California | Defendant-In-Intervention |
| Regency Estate Properties, Inc., a California Corporation | Defendant-In-Intervention |
| Transunion Title Insurance Company | Defendant-In-Intervention |

DATED: March 31, 2010

ERICKSEN ARBUTHNOT

By: *[signature]*
MARK L. KIEFER, ESQ.
Attorneys for Defendant-In-Intervention
NATIONS TITLE COMPANY OF CALIFORNIA

CERTIFICATION AND NOTICE OF INTERESTED PARTIES