ALLA TENINA, BAR NO 224767
LAW OFFICES OF ALLA TENINA
6350 Laurel Canyon Bl., Ste 307
North Hollywood, CA 91606
(213) 596-0265
(818) 301-2046 fax

Attorney for Debtor

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

| U.S. BANK, NA | ) | CASE NO. CV09-06487-JHN |
| --- | --- | --- |
| Plaintiff, | ) ) | NOTICE OF AND REQUEST TO STAY PROCEEDINGS AGAINST DEFENDANT |
| v. | ) ) | Date: None Required |
| REMY MAZMANIAN, ET AL.,ETC. | ) ) | Time: None Required |
| Defendants. | ) | |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD, AND PRESIDING JUDGE OF THE DISTRICT COURT:

PLEASE TAKE NOTICE THAT: a Stay of the Above Proceeding shall occur in this action due to the Chapter 7 Bankruptcy filing by Defendant, Remy Mazmanian in the Chapter 7 case entitled <u>In Re Remy Mazmanian, Case Number 1:10-bk-13433 (GM)</u>, filed on March 26, 2010. The above Plaintiff is listed on bankruptcy schedules and in the Statement of Financial Affairs as an unsecured creditor.

///

///

-1-

DATED: April 21, 2010                LAW OFFICES OF ALLA TENINA

_____
Alla Tenina
Attorney for Debtor

**MEMORANDUM OF POINTS AND AUTHORITIES**

I

**THE PROCEEDING IN THIS CASE MUST BE STAYED AGAINST DEFENDANT UNDER 11 U.S.C. §362(a) DUE TO THE CHAPTER 7 BANKRUPTCY**

11 U.S.C. §362(a) of the Bankruptcy Code operates as a stay applicable to all entities, of:

"(1) the commencement or continuation, including the issuance or employment of process of a judicial, administrative or other action or proceeding against the Debtor."

Under 11 U.S.C. §362(c) the stay continues until the earliest of "(A) the time the case is closed; (B) the time the case is dismissed; or (C) under Chapter 7 ...or under Chapter 11 a discharge is granted or denied." The Bankruptcy Court clearly has the power under §362 to impose monetary sanctions for violations of the automatic stay. Proof that a debtor has been injured by a willful violation of the automatic stay is sufficient to invoke the sanctions of actual and punitive damages and costs and attorneys fees and it is not necessary that the court make a finding of civil contempt. <u>Budget Service Company v. Better Homes of Virginia, Inc.</u>, 804 F2d 289, 15 C.B.C. 1025 (4th Cir. 1986).

In the matter at bar, debtor Remy Mazmanian listed this lawsuit as an unsecured debt in the Chapter 7 proceedings, entitled <u>In Re Remy Mazmanian, Case Number 1:10-bk-13433 (GM)</u>, filed on March 26, 2010. In the petition, Defendant listed plaintiff's lawsuit and debt and listed plaintiff's address on the mailing matrix so that plaintiff would be noticed of the bankruptcy petition.

Under §1157 of the Bankruptcy Code, this acknowledgment of Plaintiff's debt and action by bankrupt Defendant Debtor automatically causes jurisdiction of the debt and prosecution for enforcement of judgement to be the <u>exclusive area of</u> the United States Bankruptcy Court.

In the case at bar, the Chapter 7 petition is still pending. It has not been dismissed, or converted. Therefore, Defendant contends an "Automatic Stay" exists here that prevents Plaintiff from proceeding against them.

II

**CONCLUSION**

Based on the foregoing, Defendant respectfully requests this Court to respect the automatic stay imposed under §362(a) of the Bankruptcy Code and Stay all proceedings in this action against them.

Dated: April 21, 2010          LAW OFFICES OF ALLA TENINA

_____
Alla Tenina
Attorney for Debtor

**PROOF OF SERVICE BY MAIL**
**CCP 1013a, 2105.5**

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

    I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 6350 Laurel Cny. #307, N. Hollywood, CA 91606.

    On the date set forth below, I served the foregoing document described as **NOTICE OF AND REQUEST TO STAY PROCEEDINGS AGAINST DEFENDANT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and addressed as follows:

**U.S. Bank, NA**
**Acct#: 6487**
**Genail M Anderson, Esq. (Attny for US Bank)**
**4375 Jutland Drive, Ste. 200**
**San Diego, CA  92177**

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on **April 21, 2010,** in Los Angeles, California.


_____
Alla Tenina
Declarant