1  Jilbert Tahmazian, Esq.
   Law Offices of Jilbert Tahmazian
2  1518 W. Glenoaks Bl.
   Glendale, CA 91201
3  (818) 242-8201
   (818) 242-8246 (fax)
4  jilbert@jilbertlaw.com

5  Attorney for Hovsep Boghossian

6

7              UNITED STATES DISTRICT COURT

8        FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                   LOS ANGELES

10

11  UNITED STATE OF AMERICA.          )   CASE NO.: CV 09-06487 JHN (VBKx)
                                      )
12          Plaintiff,                )
                                      )
13      v.                            )   ANSWER TO COMPLAINT
                                      )
14                                    )
                                      )
15  718 West Willson Ave., Glendale,  )
    California, 91203 and Hovsep Boghossian)
16          Defendants.               )
                                      )   Jury Trial Demanded
17  _____ )
    U.S. BANK,                        )
18                                    )
                                      )
19          Plaintiff in Intervention,)
                                      )
20      v.                            )
                                      )
21                                    )
    HOVSEP DERBOGHOSSIAN, et al.,     )
22                                    )
                                      )
23          Defendants in Intervention.. )
24  _____

25              ANSWER TO COMPLAINT

26      Defendant,  Hovsep Boghossian ("Answering Defendant") , individually and for himself

27  alone, hereby answers the Complaint as follows:

28

                          -1-

## PARTIES AND JURISDICTION

1.    Answering paragraph 1 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint, and on that basis denies the allegations contained therein.

2.    Answering paragraph 2 of the Complaint, Answering Defendant admits the allegations contained in paragraph 2.

3.    Answering paragraph 3 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, and on that basis denies the allegations contained therein.

4.    Answering paragraph 4 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint, and on that basis denies the allegations contained therein.

5.    Answering paragraph 5 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint, and on that basis denies the allegations contained therein.

6.    Answering paragraph 6 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint, and on that basis denies the allegations contained therein.

7.    Answering paragraph 7 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint, and on that basis denies the allegations contained therein.

8.    Answering paragraph 8 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and on that basis denies the allegations contained therein.

9.    Answering paragraph 9 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint, and on that basis denies the allegations contained therein.

1    10.    Answering paragraph 10 of the Complaint, Answering Defendant denies the

2  allegations contained in paragraph 10, and on that basis denies the allegations contained therein.

3    11.    Answering paragraph 11 of the Complaint, Answering Defendant lacks sufficient

4  knowledge or information to form a belief as to the truth of the allegations contained in

5  paragraph 11 of the Complaint, and on that basis denies the allegations contained therein.

6                            **GENERAL ALLEGATIONS**

7    12.    Answering paragraph 12, Answering Defendant realleges and incorporates by

8  reference paragraphs 1 through 11 as though fully set forth herein.

9    13.    Answering paragraph 13 of the Complaint, Answering Defendant denies the

10  allegations contained in paragraph 13, and on that basis denies the allegations contained therein.

11    14.    Answering paragraph 14 of the Complaint, Answering Defendant denies the

12  allegations contained in paragraph 14, and on that basis denies the allegations contained therein.

13    15.    Answering paragraph 15 of the Complaint, Answering Defendant lacks sufficient

14  knowledge or information to form a belief as to the truth of the allegations contained in

15  paragraph 15, and on that basis denies the allegations contained therein.

16    16.    Answering paragraph 16 of the Complaint, Answering Defendant lacks sufficient

17  knowledge or information to form a belief as to the truth of the allegations contained in

18  paragraph 16, and on that basis denies the allegations contained therein.

19    17.    Answering paragraph 17 of the Complaint, Answering Defendant lacks sufficient

20  knowledge or information to form a belief as to the truth of the allegations contained in

21  paragraph 17, and on that basis denies the allegations contained therein.

22    18.    Answering paragraph 18 of the Complaint, Answering Defendant lacks sufficient

23  knowledge or information to form a belief as to the truth of the allegations contained in

24  paragraph 18, and on that basis denies the allegations contained therein.

25    19.    Answering paragraph 19 of the Complaint, Answering Defendant lacks sufficient

26  knowledge or information to form a belief as to the truth of the allegations contained in

27  paragraph 19 of the Complaint, and on that basis denies the allegations contained therein.

28

1    20.    Answering paragraph 20 of the Complaint, Answering Defendant admits the
2  allegations contained in paragraph 20 of the Complaint.

3    21.    Answering paragraph 21 of the Complaint, Answering Defendant admits the
4  allegations contained in paragraph 21 of the Complaint.

5    22.    Paragraph 22 of the Complaint contains legal conclusions. To the extent a
6  response thereto is required, Answering Defendant lacks sufficient knowledge or information to
7  form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint, and on
8  that basis denies the allegations contained therein.

9    23.    Answering paragraph 23 of the Complaint, Answering Defendant lacks sufficient
10 knowledge or information to form a belief as to the truth of the allegations contained in
11 paragraph 23, and on that basis denies the allegations contained therein.

12   24.    Answering paragraph 24 of the Complaint, Answering Defendant admits the
13 allegations contained in paragraph 24 of the Complaint.

14   25.    Answering paragraph 25 of the Complaint, Answering Defendant lacks sufficient
15 knowledge or information to form a belief as to the truth of the allegations contained in
16 paragraph 25, and on that basis denies the allegations contained therein.

17   26.    Paragraph 26 of the Complaint contains legal conclusions. To the extent a
18 response thereto is required, Answering Defendant lacks sufficient knowledge or information to
19 form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint, and on
20 that basis denies the allegations contained therein.

21   27.    Answering paragraph 27 of the Complaint, Answering Defendant lacks sufficient
22 knowledge or information to form a belief as to the truth of the allegations contained in
23 paragraph 27, and on that basis denies the allegations contained therein.

24   28.    Answering paragraph 25 of the Complaint, Answering Defendant denies the
25 allegations contained in paragraph 28.

26   29.    Answering paragraph 29 of the Complaint, Answering Defendant lacks sufficient
27 knowledge or information to form a belief as to the truth of the allegations contained in
28 paragraph 29, and on that basis denies the allegations contained therein.

30.     Answering paragraph 30 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30, and on that basis denies the allegations contained therein.

31.     Answering paragraph 31 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31, and on that basis denies the allegations contained therein.

32.     Answering paragraph 32 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32, and on that basis denies the allegations contained therein.

33.     Paragraph 33 of the Complaint contains legal conclusions. To the extent a response thereto is required, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint, and on that basis denies the allegations contained therein.

34.     Answering paragraph 34 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34, and on that basis denies the allegations contained therein.

35.     Answering paragraph 35 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35, and on that basis denies the allegations contained therein.

36.     Answering paragraph 36 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36, and on that basis denies the allegations contained therein.

37.     Answering paragraph 37 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37, and on that basis denies the allegations contained therein.

38.     Answering paragraph 38 of the Complaint, Answering Defendant denies the allegations contained in paragraph 38.

39.     Answering paragraph 39 of the Complaint, Answering Defendant denies the allegations contained in paragraph 39.

40.     Answering paragraph 40 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 40, and on that basis denies the allegations contained therein.

41.     Answering paragraph 41 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 41, and on that basis denies the allegations contained therein.

42.     Answering paragraph 42 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42, and on that basis denies the allegations contained therein.

43.     Answering paragraph 43 of the Complaint, Answering Defendant denies the allegations contained in paragraph 43.

44.     Answering paragraph 44 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44, and on that basis denies the allegations contained therein.

45.     Answering paragraph 44 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44, and on that basis denies the allegations contained therein.

46.     Answering paragraph 46 of the Complaint, Answering Defendant denies the allegations contained in paragraph 46.

47.     Answering paragraph 47 of the Complaint, Answering Defendant denies the allegations contained in paragraph 47.

48.     Answering paragraph 48 of the Complaint, Answering Defendant denies the allegations contained in paragraph 48.

49.     Answering paragraph 49 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 49, and on that basis denies the allegations contained therein.

50.     Answering paragraph 50 of the Complaint, Answering Defendant denies the allegations contained in paragraph 50.

51.     Answering paragraph 51 of the Complaint, Answering Defendant admits the allegations contained in paragraph 51.

52.     Answering paragraph 52 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 52, and on that basis denies the allegations contained therein.

53.     Answering paragraph 539 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 53, and on that basis denies the allegations contained therein.

54.     Answering paragraph 54 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 54, and on that basis denies the allegations contained therein.

55.     Answering paragraph 55 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 55, and on that basis denies the allegations contained therein.

56.     Answering paragraph 56 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 56, and on that basis denies the allegations contained therein.

57.     Answering paragraph 57 of the Complaint, Answering Defendant denies the allegations contained in paragraph 57.

58.     Answering paragraph 58 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 58, and on that basis denies the allegations contained therein.

59.     Answering paragraph 59 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 59, and on that basis denies the allegations contained therein.

60. Answering paragraph 60 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 60, and on that basis denies the allegations contained therein.

61. Answering paragraph 61 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 61, and on that basis denies the allegations contained therein.

62. Answering paragraph 62 of the Complaint, Answering Defendant admits the allegations contained in paragraph 62.

63. Answering paragraph 63 of the Complaint, Answering Defendant admits the allegations contained in paragraph 63.

64. Answering paragraph 64 of the Complaint, Answering Defendant admits the allegations contained in paragraph 64.

65. Answering paragraph 65 of the Complaint, Answering Defendant denies the allegations contained in paragraph 65.

66. Answering paragraph 66 of the Complaint, Answering Defendant denies the allegations contained in paragraph 66.

67. Answering paragraph 67 of the Complaint, Answering Defendant denies the allegations contained in paragraph 67.

## FIRST CAUSE OF ACTION

## FRAUDULENT MISREPRESENTATION

68. Answering paragraph 68, Answering Defendant realleges and incorporates by reference paragraphs 1 through 67 as though fully set forth herein.

69. Answering paragraph 69 of the Complaint, Answering Defendant denies the allegations contained in paragraph 69.

70. Answering paragraph 70 of the Complaint, Answering Defendant denies the allegations contained in paragraph 70.

71. Answering paragraph 71 of the Complaint, Answering Defendant denies the allegations contained in paragraph 71.

72.     Answering paragraph 72 of the Complaint, Answering Defendant denies the allegations contained in paragraph 72.

73.     Answering paragraph 73 of the Complaint, Answering Defendant denies the allegations contained in paragraph 73.

74.     Answering paragraph 74 of the Complaint, Answering Defendant denies the allegations contained in paragraph 74.

75.     Answering paragraph 75 of the Complaint, Answering Defendant denies the allegations contained in paragraph 75.

76.     Answering paragraph 76 of the Complaint, Answering Defendant denies the allegations contained in paragraph 76.

77.     Answering paragraph 77 of the Complaint, Answering Defendant denies the allegations contained in paragraph 77.

78.     Answering paragraph 78 of the Complaint, Answering Defendant denies the allegations contained in paragraph 78.

79     Answering paragraph 79 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 79, and on that basis denies the allegations contained therein.

## SECOND CAUSE OF ACTION

## CONCEALMENT

80.     Answering paragraph 80, Answering Defendant realleges and incorporates by reference paragraphs 1 through 79 as though fully set forth herein.

81.     Answering paragraph 81 of the Complaint, Answering Defendant denies the allegations contained in paragraph 81.

82.     Answering paragraph 82 of the Complaint, Answering Defendant denies the allegations contained in paragraph 82.

83.     Answering paragraph 83 of the Complaint, Answering Defendant denies the allegations contained in paragraph 83.

1    84.    Answering paragraph 84 of the Complaint, Answering Defendant lacks sufficient

2    knowledge or information to form a belief as to the truth of the allegations contained in

3    paragraph 84, and on that basis denies the allegations contained therein.

4                          **THIRD CAUSE OF ACTION**

5                          **CONSPIRACY TO DEFRAUD**

6    85.    Answering paragraph 85, Answering Defendant realleges and incorporates by

7    reference paragraphs 1 through 84 as though fully set forth herein.

8    86.    Answering paragraph 86 of the Complaint, Answering Defendant denies the

9    allegations contained in paragraph 86.

10    87.    Answering paragraph 87 of the Complaint, Answering Defendant denies the

11    allegations contained in paragraph 87.

12    88.    Answering paragraph 88 of the Complaint, Answering Defendant denies the

13    allegations contained in paragraph 88.

14    89.    Answering paragraph 89 of the Complaint, Answering Defendant denies the

15    allegations contained in paragraph 89.

16    90.    Answering paragraph 90 of the Complaint, Answering Defendant denies the

17    allegations contained in paragraph 90.

18    91.    Answering paragraph 91 of the Complaint, Answering Defendant denies the

19    allegations contained in paragraph 91.

20    92.    Answering paragraph 92 of the Complaint, Answering Defendant denies the

21    allegations contained in paragraph 92.

22    93.    Answering paragraph 93 of the Complaint, Answering Defendant lacks sufficient

23    knowledge or information to form a belief as to the truth of the allegations contained in

24    paragraph 93, and on that basis denies the allegations contained therein.

25                          **FIFTH CAUSE OF ACTION**

26                          **UNJUST ENRICHMENT**

27    102.    Answering paragraph 102, Answering Defendant realleges and incorporates by

28    reference paragraphs 1 through 93 as though fully set forth herein.

-10-

103.    Answering paragraph 103 of the Complaint, Answering Defendant denies the allegations contained in paragraph 103.

104.    Answering paragraph 104 of the Complaint, Answering Defendant denies the allegations contained in paragraph 104.

105.    Answering paragraph 105 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 105, and on that basis denies the allegations contained therein.

## EIGHTH CAUSE OF ACTION

### FRAUD

123.    Answering paragraph 123, Answering Defendant realleges and incorporates by reference paragraphs 1 through 93 and 102 through 105 as though fully set forth herein.

124.    Answering paragraph 124 of the Complaint, Answering Defendant denies the allegations contained in paragraph 124.

125.    Answering paragraph 125 of the Complaint, Answering Defendant denies the allegations contained in paragraph 125.

126.    Answering paragraph 126 of the Complaint, Answering Defendant denies the allegations contained in paragraph 125.

127.    Answering paragraph 127 of the Complaint, Answering Defendant denies the allegations contained in paragraph 127.

128.    Answering paragraph 128 of the Complaint, Answering Defendant denies the allegations contained in paragraph 128.

129.    Answering paragraph 129 of the Complaint, Answering Defendant denies the allegations contained in paragraph 129.

130.    Answering paragraph 130 of the Complaint, Answering Defendant denies the allegations contained in paragraph 130.

131.    Answering paragraph 131 of the Complaint, Answering Defendant denies the allegations contained in paragraph 131.

132.   Answering paragraph 132 of the Complaint, Answering Defendant denies the allegations contained in paragraph 132.

133.   Answering paragraph 133 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 133, and on that basis denies the allegations contained therein.

## NINTH CAUSE OF ACTION

## CONSPIRACY TO FRAUD

134.   Answering paragraph 134, Answering Defendant realleges and incorporates by reference paragraphs 1 through 93, 102 through 105, and 123 through 133 as though fully set forth herein.

135.   Answering paragraph 135 of the Complaint, Answering Defendant denies the allegations contained in paragraph 135.

136.   Answering paragraph 136 of the Complaint, Answering Defendant denies the allegations contained in paragraph 136.

137.   Answering paragraph 137 of the Complaint, Answering Defendant denies the allegations contained in paragraph 137.

138.   Answering paragraph 138 of the Complaint, Answering Defendant denies the allegations contained in paragraph 138.

139.   Answering paragraph 139 of the Complaint, Answering Defendant denies the allegations contained in paragraph 139.

140.   Answering paragraph 140 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 140, and on that basis denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted.

-12-

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff has unreasonably failed to mitigate its damages.

## THIRD AFFIRMATIVE DEFENSE

### (Mutual Mistake)

This Answering Defendant is informed and believes and thereon alleges that if there presently exists or ever existed, any or all of the alleged rights, claims or obligations which Plaintiff seeks by way of its Complaint, said claims or obligations are unenforceable by reason of mutual mistake.

## FOURTH AFFIRMATIVE DEFENSE

### (Offset)

This Answering Defendant alleges that he have suffered damage by reason of Plaintiff's conduct; that he has the right of offset if any amount of money is owed to Plaintiff or due Plaintiff  by way of damage.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver)

This Answering Defendant is informed and believes and on such information and belief alleges, that Plaintiff was engaged in conduct that constitutes a waiver of their rights under the contract alleged in the Complaint. By reason of said waiver, Defendant is excused from further performance of the obligations under the alleged contract.

## SIXTH AFFIRMATIVE DEFENSE

### (Release)

This Answering Defendant alleges that Plaintiff's actions constituted a full release and waiver by Plaintiff of any and all claims which Plaintiff may have against Defendant.

1  ## SEVENTH AFFIRMATIVE DEFENSE

2  ### (In Pari Delicto)

3   This Answering Defendant alleges that the Plaintiff herein and each and every purported Cause

4  of Action in the Complaint are barred because Plaintiff has engaged in acts and courses of

5  conduct which rendered it in pari delicto.

6  ## EIGHTH AFFIRMATIVE DEFENSE

7  ### (Equitable Estoppel)

8   This Answering Defendant allege that the Complaint herein, and each and every Cause of Action

9  contained in the Complaint, are barred by reason of acts, omissions, representations and courses

10  of conduct by Plaintiff by which Plaintiff was led to rely to their detriment, thereby barring,

11  under the doctrine of equitable estoppel, any Causes of Action asserted by the Plaintiff.

12  ## NINTH AFFIRMATIVE DEFENSE

13  ### (Contributory Negligence)

14   This Answering Defendant is informed and believes and thereon alleges that the damages

15  referred to in the Complaint by Plaintiff was proximately caused by the Plaintiff and/or others

16  affiliated in any manner with Plaintiff in that at all times relevant herein, Plaintiff, failed to

17  exercise for their own protection the proper care and precautions which prudent persons under

18  the same and similar circumstances would have exercised and that if This Answering Defendant

19  committed any wrongful act at all (which supposition is made for the purpose of their defense

20  without admitting such to be a fact), the aforesaid conduct of Plaintiff and/or entities or persons

21  associated in any manner with the Plaintiff contributed to the happenings of Plaintiff's alleged

22  damages.

23  ## TENTH AFFIRMATIVE DEFENSE

24  ### (Apportionment)

25  This Answering Defendant is informed and believes and thereon alleges that the matters

26  complained of in the Complaint were proximately caused, in whole or in part, by the acts or

27  omissions of a third party or parties or Plaintiff. Accordingly, the liability of the Defendant and

28  responsible parties, named or unnamed, should be apportioned according to their respective

-14-

degrees of fault or other legal responsibility, and the liability, if any, of This Answering Defendant should be reduced accordingly.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Assumption of the Risk)

This Answering Defendant is informed and believes and thereon alleges that if there presently exists or ever existed, any or all of the alleged rights, claims or obligations which Plaintiff by way of its Complaint, said claims or obligations are unenforceable because Plaintiff assumed the risk involved in the transaction.

## TWELVE AFFIRMATIVE DEFENSE

### (Insufficient Investigation)

Defendant has not completed its investigation and discovery regarding the allegations and claims asserted by Plaintiff.  Accordingly, Defendant reserves the right to assert such additional affirmative defenses as necessary based on such ongoing investigation and discovery.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Reliance)

Plaintiff had no justifiable reliance on Defendant's representations.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Good Faith)

Defendant is informed and believes, and thereon alleges, that any conduct on the part of Defendant, or representations made by Defendant, were made or done in good faith.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Unjustifiable Enrichment)

Plaintiff's claims are barred because Plaintiff would be unjustly enriched if allowed to recover all or any part of the damages or remedies alleged in the Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Fraud)

Defendants alleges that he committed no fraud against Plaintiff.

1

## SEVENTEENTH AFFIRMATIVE DEFENSE

2

### (Falsity)

3

Defendant alleges that he had no knowledge of falsity.

4

## EIGHTEENTH AFFIRMATIVE DEFENSE

5

### (Intent)

6

Defendant alleges that there was no intent to induce reliance of the Plaintiff.

7

## NINETEENTH AFFIRMATIVE DEFENSE

8

### (Conspiracy)

9

Defendant alleges that there was no conspiracy.

10

**WHEREFORE,** Defendant prays for judgment and relief as follows:

11

1.     That the Plaintiff take nothing by reason of its Complaint;

12

2.     That the Complaint be dismissed with prejudice;

13

3.     For costs of suit; and

14

4.     For other and further relief which the Court may deem just and proper.

15

### **Defendant's Demand for Jury Trial**

16

        Defendant asserts his rights under the Seventh Amendment to the U.S. Constitution and

17

demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

18

Dated: April 29, 2010                          LAW OFFICES OF JILBERT TAHMAZIAN

19

20

21

                               /s/ Jilbert Tahmazian
                               Jilbert Tahmazian

22

                               Attorney for Defendant
                               HOVSEP BOGHOSSIAN

23

24

25

26

27

28

-16-

**VERIFICATION OF ANSWER**

I, Hovsep Boghossian, is the defendant in the within action and hereby certify as follows:

1. I have read every paragraph of the foregoing Answer to the Complaint and verify that the statements therein are true and based on our personal knowledge.

2. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2010

/s/ Hovsep Boghossian

Hovsep Boghossian

1

## PROOF OF SERVICE

2

3   **STATE OF CALIFORNIA**     **)**
                              **)**     **ss**
    **COUNTY OF LOS ANGELES**    **)**

4

5         I am employed in the county of Los Angeles, State of California in the offices of a member of the State Bar of California at whose direction this service was made.  I am over the age of 18 and not a party to the within action.  My business address is 1518 West Glenoaks Boulevard, Glendale, California 91203.

6

7         On the date set forth below, I served the foregoing document described as **ANSWER TO COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelope with postage thereon fully prepaid and addressed as set forth as follows:

8

9

10  William A. Weinischke, Esq.
P.O. Box 7611
Washington DC 20044

11

12  Leon Weidman, Esq.
Office of The US Attorney
300 North Los Angeles Street
Los Angeles, CA 90012

13

14  Peter J. Salmon, Esq.
4375 Jutland Dr., Ste. 200
San Diego, CA 92177-7600

15

16  I hereby certify that on April 30, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

17

18        I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.  Executed on April 30, 2010, in the City of Glendale, State of California.

19

20

  /s/ Alex Van Kovn
21  Alex Van Kovn

22

23

24

25

26

27

28