WILLIAM A. WEINISCHKE
DAVIS H. FORSYTHE
bill.weinischke@usdoj.gov
davis.forsythe@usdoj.gov
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
601 D. Street, N.W.
Washington, DC  20004-2904
Tel:  (202) 514-4592
Fax:  (202) 514-2583

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Central District of California
300 North Los Angeles Street, room 7516
Los Angeles, California  90012-3308
Tel:  (213) 894-2404
Fax: (213) 894-7819

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cv-06487-JHN-VBKx |
| Plaintiff, | **ORDER** |
| v. | |
| 718 WEST WILSON AVE., GLENDALE, CA 91203 and HOVSEP BOGHOSSIAN, | |
| Defendants. | |

|  |  |  |
|---|---|---|
| 1 | U.S. BANK, | ) |
| 2 |  | ) |
|  | Plaintiff-In-Intervention, | ) |
| 3 |  | ) |
| 4 | v. | ) |
|  |  | ) |
| 5 | HOVSEP DERBOGHOSSIAN, et al. | ) |
| 6 |  | ) |
|  | Defs.-In-Intervention. | ) |
| 7 | _____ | ) |

The Court hereby approves the Motion to Reset the Scheduling Conference, on June 21, 2010 at 9:00, as submitted by the United States. Any necessary reports (not already filed) shall be timely filed.

SO ORDERED, this 11th day of May, 2010.

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT