1   Eric M. Schiffer (SBN 179695)
    Leslie F. Vandale (SBN 238823)
2   SCHIFFER & BUUS, APC
    4675 MacArthur Court, Suite 590
3   Newport Beach, California 92660
    Telephone:    (949)825-6140
4   Facsimile:    (949)825-6141
    Email:        eschiffer@schifferbuus.com
5
    Attorneys for Defendant-In-Intervention
6   TRANSUNION TITLE INSURANCE COMPANY

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              )  Case No.: CV 09-06487 JHN VBKx
                                           )
11                    Plaintiffs,          )  Assigned Judge: Hon. Jacqueline H. Nguyen
              vs.                          )
12                                         )  Complaint Filed: 9/30/09
    718 WEST WILSON AVENUE,                )  Complaint In Intervention Filed: 1/28/10
13  GLENDALE, CALIFORNIA 91203; LOT 17     )
    of TRACT NO. 4531, IN THE COUNTY OF    )  Trial: None Set
14  LOS ANGELES, CALIFORNIA, AS PER        )
    MAP RECORDED AT BOOK 52, PAGE 18       )
15  OF PARCEL MAPS, OFFICE OF THE          )
    COUNTY RECORDER; AND HOVSEP            )  [PROPOSED] ORDER APPROVING
16  BOGHOSSIAN,                            )  STIPULATION TO SET ASIDE
                                           )  DEFAULT OF DEFENDANT IN
17                    Defendants.          )  INTERVENTION TRANSUNION TITLE
    _____    )  INSURANCE COMPANY
18                                         )
    U.S. BANK, NATIONAL ASSN,              )
19                                         )
                 Plaintiffs In Intervention, )
20                                         )
              vs.                          )
21                                         )
    HOVSEP DERBOGHOSSIAN (aka HOVSEP )
22  BOGHOSSIAN), an individual, REMY       )
    MAZMANIAN, an individual, NATIONS      )
23  TITLE COMPANY OF CALIFORNIA,           )
    REGENCY ESTATE PROPERTIES, INC., a     )
24  California Corporation, TRANSUNION      )
    TITLE INSURANCE COMPANY and DOES )
25  1 through 100, Inclusive,              )
                                           )
26            Defendants In Intervention   )
    _____    )

27

28

          **ORDER APPROVING STIPULATION TO SET ASIDE DEFAULT OF**
                **TRANSUNION TITLE INSURANCE COMPANY**

Good cause appearing, IT IS HEREBY ORDERED that the Entry of Default dated April 15, 2010 as to Defendant in Intervention, TRANSUNION TITLE INSURANCE COMPANY, be set aside.  TRANSUNION TITLE INSURANCE COMPANY shall file its Answer to the Complaint in Intervention within ten days of this Order.

**IT IS SO ORDERED.**

DATED: May 26, 2010                          By: _____
                                                 The Honorable Jacqueline Nguyen,
                                                 U.S. District Court Judge, Central District CA

**ORDER APPROVING STIPULATION TO SET ASIDE DEFAULT OF
TRANSUNION TITLE INSURANCE COMPANY**