WILLIAM A. WEINISCHKE
DAVIS H. FORSYTHE
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W.
Washington, D.C. 20004
Tel.: (202) 514-4592
Fax: (202) 514-2583
Emails: bill.weinischke@usdoj.gov
        davis.forsythe@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| The United States of America, | |
| Plaintiff, | |
| v. | **CV 09-06487 JHN VBKx** |
| 718 West Wilson Avenue Glendale, California, 91203 Lot 17 of Tract No. 4531, in the County of Los Angeles, California, as per map recorded at Book 52, page 18 of Parcel Maps, Office of the County Recorder; and | Before: Hon. Jacqueline H. Nguyen No Hearing Requested |
| Hovsep Boghossian, | |
| Defendants. | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to C.D. California Local Rule 83-2.9.2.1 of the United States District Court of the Central District of California, Leon W. Weidman hereby seeks an order from this Court to withdraw as counsel in the above-captioned case and to have his name and address removed from all court mailing lists.

As grounds for this motion, the undersigned states that William Weinischke and Davis Forsythe, trial attorneys with the Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section, who filed

the complaint in this matter and have otherwise actively handled all aspects of this litigation, will continue to represent the United States in this matter without further involvement by the United States Attorney's Office for the Central District of California. Accordingly, it is not necessary for me to appear as counsel for the United States in this matter, or for me or my office to continue to receive notices relating to this case. Therefore, good cause exists for this motion to be granted.

Dated: June 1, 2010

Respectfully submitted,

By: _____
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Central District of California
300 North Lost Angeles Street, room 7516
Los Angeles, California 90012-3308
Tel: (213) 894-2404
Fax: (213) 894-7819

Attorney for Plaintiff United States of America