WILLIAM A. WEINISCHKE
DAVIS H. FORSYTHE
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W.
Washington, D.C. 20004
Tel.: (202) 514-4592
Fax: (202) 514-2583
Emails: bill.weinischke@usdoj.gov
        davis.forsythe@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cv-06487-JHN-VBK |
| Plaintiff, | |
| v. | Before: Hon. Jacqueline H. Nguyen |
| 718 WEST WILSON AVE., GLENDALE, CA 91203 and HOVSEP BOGHOSSIAN, | Hearing Date: September 13, 2010 |
| | Time: 2:00 |
| Defendants. | Courtroom: 790 Roybal |
| U.S. BANK, | **UNITED STATES' NOTICE OF MOTION AND MOTION TO TRIFURCATE** |
| Plaintiff-In-Intervention, | |
| v. | |
| HOVSEP DERBOGHOSSIAN, et al. | |
| Defs.-In-Intervention. | |

1     PLEASE TAKE NOTICE that on the above-referenced date, Plaintiff the United States of America will move the Court for an order pursuant to Fed. R. Civ. P. 56 granting trifurcation in this matter.

    PLEASE TAKE FURTHER NOTICE that in support of this Motion, the United States will rely upon the enclosed Memorandum in Support attached pursuant to L.R. 56-1. A proposed judgment is also attached hereto.

    In accordance with L.R. 7-3, the United States contacted all counsel of record to discuss the United States' Motion to Trifurcate and potential resolution of the motion. In addition, the United States provided a draft of the Motion to Trifurcate to all counsel of record and conferred either by telephone or electronic mail with all counsel, except counsel for Defendant 718 West Wilson Ave., and Hovsep Boghossian. The three parties who conferred with the United States stated that they did not oppose the United States' motion. However, despite numerous attempts, counsel for 718 West Wilson Ave. and Hovsep Boghossian did not contact counsel for the United States to discuss the motion. The United States advised said counsel that it would file this motion by July 23, 2010.

Respectfully submitted,

By:   /S/ William A. Weinischke

WILLIAM A. WEINISCHKE
DAVIS H. FORSYTHE
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W.
Washington, D.C. 20004
Tel.: (202) 514-4592
Fax: (202) 514-2583
Emails: bill.weinischke@usdoj.gov
         davis.forsythe@usdoj.gov

Attorneys for Plaintiff United States of America

1  Of Counsel:
2
3  THOMAS B. BUTLER
   Assistant Regional Counsel
4  Office of the Regional Counsel, Region IX
   U.S. Environmental Protection Agency
5  75 Hawthorne Street (ORC-3)
   San Francisco, California 94105
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28