WILLIAM A. WEINISCHKE
DAVIS H. FORSYTHE
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W.
Washington, D.C. 20004
Tel.: (202) 514-4592
Fax: (202) 514-2583
Emails: bill.weinischke@usdoj.gov
        davis.forsythe@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cv-06487-JHN-VBK |
| Plaintiff, | |
| v. | Before: Hon. Jacqueline H. Nguyen |
| 718 WEST WILSON AVE., GLENDALE, CA 91203 and HOVSEP BOGHOSSIAN, | Hearing Date: September 13, 2010 |
| | Time: 2:00 |
| Defendants. | Courtroom: 790 Roybal |
| U.S. BANK, | **[PLAINTIFF'S PROPOSED] JUDGMENT AS TO TRIFURCATION OF TRIAL MATTERS** |
| Plaintiff-In-Intervention, | |
| v. | |
| HOVSEP DERBOGHOSSIAN, et al. | |
| Defs.-In-Intervention. | |

1 | Before the Court is the United States' Motion to Trifurcate. Having heard
2 | the arguments of counsel and having examined and considered the pleadings filed
3 | herein, and the memoranda presented by the parties, there being no genuine issue
4 | of material fact remaining,
5 |    IT IS HEREBY ORDERED AND ADJUDGED that the United States'
6 | Motion to Trifuracte is GRANTED.

   SO ORDERED.

Dated: _____   _____

HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

Submitted by:

/S/ William A. Weinischke

WILLIAM A. WEINISCHKE
DAVIS H. FORSYTHE
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W.
Washington, D.C. 20004
Tel.: (202) 514-4592
Fax: (202) 514-2583
Emails: bill.weinischke@usdoj.gov
       davis.forsythe@usdoj.gov

Attorneys for Plaintiff United States of America