1 | PETER J. SALMON (SBN 174386)
LAUREL I. HANDLEY (SBN 231249)
2 | GENAIL M. ANDERSON (SBN 236834)
PITE DUNCAN, LLP
3 | 4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
4 | SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
5 | FACSIMILE: (619) 590-1385
E-Mail: ganderson@piteduncan.com

Attorneys for U.S. BANK, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION - WESTERN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>718 West Wilson Avenue<br>Glendale, California 91203<br>Lot 17 of Tract no. 4531, in the County of Los Angeles, California, as per map recorded at Book 52, page 18 of Parcel Maps, Office of the County Recorder; and<br><br>Hovsep Boghossian,<br><br>Defendant(s).<br>U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an individual, REMY MAZMANIAN, an individual, NATIONS TITLE COMPANY OF CALIFORNIA, REGENCY ESTATE PROPERTIES, INC., a California corporation, TRANSUNION TITLE INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:09-cv-06487-JHN-VBKx<br><br>Before: Hon. Jacqueline H. Nguyen<br><br>**MOTION TO TERMINATE STAY AS TO INTERVENOR DEFENDANT REMY MAZMANIAN**<br><br>Intervention Complaint Filed: January 28, 2010<br>Trial Date:                  June 7, 2011<br><br>Hearing Date: September 13, 2010<br>Time:                 2:00 p.m.<br>Courtroom:         790 |

/././

-1-

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   NOTICE IS HEREBY GIVEN that on the above-referenced date and time, in the above-referenced Court Room of the above-captioned Court, Plaintiff in Intervention U.S. Bank, National Association ("U.S. Bank") will move the Court for an order terminating the stay imposed in the Court's April 22, 2010 order staying the instant action as to Intervenor Defendant Remy Mazmanian.

   This motion is made pursuant to the order of the Bankruptcy Court granting relief from the bankruptcy stay pursuant to 11 U.S.C. §362(d)(1) to allow the instant action to proceed against Remy Mazmanian.

   This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities and such other and further evidence as the court may hear.

Dated: August 4, 2010          PITE DUNCAN, LLP


                               /s/ Genial M. Anderson
                               GENAIL M. ANDERSON
                               Attorney for Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION ("U.S. BANK") submits the following Memorandum of Points and Authorities in support of its Motion to Terminate Stay as to Intervenor Defendant Remy Mazmanian:

On June 2, 2010, U.S. BANK filed a motion for relief from stay in the case entitled <u>In re Remy Mazmanian</u> filed under Case No. 1:10-bk-13433 (GM) in the United States Bankruptcy Court for the Central District of California ("Motion for Relief") requesting that the automatic Bankruptcy Court stay imposed pursuant to 11 U.S.C. §362(a) be terminated to allow the instant action to proceed to final judgment.

On July 23, 2010, the United States Bankruptcy Court for the Central District of California granted U.S. Bank's Motion for Relief based on 11 U.S.C. §362(d)(1) and terminated the stay as to debtor Remy Mazmanian and his estate. A true and correct copy of the order granting U.S. Bank's Motion for Relief is attached hereto as **Exhibit A**.

## CONCLUSION

For these reasons, U.S. BANK respectfully requests the Court grant the instant motion terminate the stay imposed in the instant action in this Court's April 22, 2010 order and allow the instant action to proceed against Remy Mazmanian.

Dated: <u>August 4, 2010</u>             PITE DUNCAN, LLP

/s/ Genail M. Anderson
GENAIL M. ANDERSON
Attorney for Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION

# EXHIBIT A

Case 1:10-bk-13433-GM   Doc 41   Filed 07/23/10   Entered 07/23/10 12:29:31   Desc
Main Document   Page 1 of 5

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| PETER J. SALMON (SBN 174386)<br>LAUREL I. HANDLEY (SBN 231249)<br>GENAIL M. ANDERSON (SBN 236834)<br>PITE DUNCAN, LLP<br>4375 JUTLAND DRIVE, SUITE 200<br>SAN DIEGO, CA 92177-0935<br>TELEPHONE: (858) 750-7600<br>FACSIMILE: (619) 590-1385<br>E-Mail: ganderson@piteduncan.com<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: US Bank, N.A. | **FILED & ENTERED**<br><br>JUL 23 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY cardoza  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>REMY YEGHIA MAZMANIAN,<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 1:10-BK-13433-GM<br><br>DATE: July 15, 2010<br>TIME: 9:30 a.m.<br>CTRM: 303<br>FLOOR: 3rd Floor |
|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
## (MOVANT: US Bank, N.A.)

1. The Motion was:  ☐ Contested   ☒ Uncontested   ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

   Case name:

   Docket number:

   Court or agency where pending:

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
   a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
   b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                  **F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of 5*

| In re (SHORT TITLE)<br>REMY YEGHIA MAZMANIAN | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 1:10-BK-13433-GM |

7. This Court further orders as follows:
   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

###

DATED: July 23, 2010

United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.NA

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of 5*

| In re       (SHORT TITLE)<br>REMY YEGHIA MAZMANIAN | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 1:10-BK-13433-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive, Suite 200, San Diego, CA 92117.

A true and correct copy of the foregoing document described Order Granting Motion for Relief From the Automatic Stay Under 11U.S.C. § 362 (Action in Non-bankruptcy Forum) (Movant: US Bank, N.A.) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:
Federal Express

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 22, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2010 | Marsha L. Johnson | /s/ Marsha L. Johnson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                        F 4001-10.NA

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of 5*

| In re   (SHORT TITLE)<br>REMY YEGHIA MAZMANIAN | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 1:10-BK-13433-GM |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled Order Granting Motion for Relief From the Automatic Stay Under 11U.S.C. § 362 (Action in Non-bankruptcy Forum) (Movant: US Bank, N.A.) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 22, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

S. Margaux Ross, E-mail: margaux.ross@usdoj.gov, Attorney for U.S. Trustee
U.S. Trustee, ustpregion16.wh.ecf@usdoj.gov, U.S. Trustee

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| Remy Yeghia Mazmanian<br>19201 Briarfield Way<br>Tarzana, CA 91356<br>Debtor | Alla Tenina<br>822 N. Vista Ave., Suite 100<br>Los Angeles, CA 90046<br>Debtor's Attorney |
|---|---|
| Genail M. Anderson<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117<br>Attorney for Movant US Bank, N.A. | David K. Gottlieb<br>15233 Ventura Blvd., 9th floor<br>Sherman Oaks, CA 91403-2201<br>*Trustee* |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

___

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                F 4001-10.NA

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of 5*

| In re   (SHORT TITLE)<br>REMY YEGHIA MAZMANIAN | CHAPTER: 7 |
|---|---|
| Debtor(s) | CASE NO.: 1:10-BK-13433-GM |

## SERVCIE INFORMATION

| Remy Yeghia Mazmanian<br>19201 Briarfield Way<br>Tarzana, CA 91356<br>Debtor | Alla Tenina<br>822 N. Vista Ave., Suite 100<br>Los Angeles, CA 90046<br>Debtor's Attorney |
|---|---|
| David K. Gottlieb<br>15233 Ventura Blvd., 9th floor<br>Sherman Oaks, CA 91403-2201<br>*Trustee* | S Margaux Ross<br>U.S. Trustee<br>21051 Warner Ctr Ln Ste 115<br>Woodland Hills, CA 91367<br>*U.S. Trustee and Attorney for U.S. Trustee* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                     **F 4001-10.NA**

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on August 4, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Davis H Forsythe<br>William A Weinischke<br>United States Department of Justice<br>PO Box 7611<br>Washington, DC 20044-7611<br>Email: davis.forsythe@usdoj.gov<br>Email: bill.weinischke@usdoj.gov<br>*Attorneys for Plaintiff* | Mark L Kiefer<br>Ericksen Arbuthnot<br>835 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90017-2603<br>Email: mkiefer@ericksenarbuthnot.com<br>*Attorney for Intervenor Defendant Nations Title Company of California* |
| Eric M Schiffer<br>Leslie F Vandale<br>Schiffer & Buus APC<br>4675 MacArthur Court, Suite 590<br>Newport Beach, CA 92660<br>Email: eschiffer@schifferbuus.com<br>Email: lvandale@schifferbuus.com<br>*Attorneys for Transunion Title Insurance Company* | Jilbert Tahmazian<br>Jilbert Tahmazian Law Offices<br>1518 West Glenoaks Boulevard<br>Glendale, CA 91201<br>Email: jilbert@jilbertlaw.com<br>*Attorney for Defendants 718 West Wilson Avenue Glendale, California 91203 and Hovsep Boghossian* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of August 2010, at San Diego, California.

*/s/ Marsha L. Johnson*
MARSHA L. JOHNSON

2109353.wpd