1 | PETER J. SALMON (SBN 174386)
  | LAUREL I. HANDLEY (SBN 231249)
2 | GENAIL M. ANDERSON (SBN 236834)
  | PITE DUNCAN, LLP
3 | 4375 JUTLAND DRIVE, SUITE 200
  | P.O. BOX 17935
4 | SAN DIEGO, CA 92177-0935
  | TELEPHONE: (858) 750-7600
5 | FACSIMILE: (619) 590-1385
  | E-Mail: ganderson@piteduncan.com

Attorneys for  U.S. BANK, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION - WESTERN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>718 West Wilson Avenue<br>Glendale, California 91203<br>Lot 17 of Tract no. 4531, in the County of Los Angeles, California, as per map recorded at Book 52, page 18 of Parcel Maps, Office of the County Recorder; and<br><br>Hovsep Boghossian,<br><br>        Defendant(s). | Case No. 2:09-cv-06487-JHN-VBKx<br><br>**NOTICE OF NON-OPPOSITION TO MOTION BY U.S. TO TRIFURCATE**<br><br>Hon. Jacqueline H. Nguyen<br><br>Hearing Date: September 13, 2010<br>Time:              2:00 p.m.<br>Courtroom:    790 Roybal |
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>        Plaintiff in Intervention,<br><br>    v.<br><br>HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an individual, REMY MAZMANIAN, an individual, NATIONS TITLE COMPANY OF CALIFORNIA, REGENCY ESTATE PROPERTIES, INC., a California corporation, TRANSUNION TITLE INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>        Defendants. | |

/././

-1-
NOTICE OF NON-OPPOSITION

**TO ALL PARTIES AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that U.S. BANK, NATIONAL ASSOCIATION does not oppose the motion by the United States to trifurcate this case, which was filed July 23, 2010 [Docket Entry #47].

Dated: August 5, 2010  PITE DUNCAN, LLP

/s/ Genail M. Anderson
GENAIL M. ANDERSON
Attorneys for U.S. BANK, NATIONAL ASSOCIATION

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on August 5, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Davis H Forsythe<br>William A Weinischke<br>United States Department of Justice<br>PO Box 7611<br>Washington, DC 20044-7611<br>Email: davis.forsythe@usdoj.gov<br>Email: bill.weinischke@usdoj.gov<br>*Attorneys for Plaintiff* | Mark L Kiefer<br>Ericksen Arbuthnot<br>835 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90017-2603<br>Email: mkiefer@ericksenarbuthnot.com<br>*Attorney for Intervenor Defendant Nations Title Company of California* |
| Eric M Schiffer<br>Leslie F Vandale<br>Schiffer & Buus APC<br>4675 MacArthur Court, Suite 590<br>Newport Beach, CA 92660<br>Email: eschiffer@schifferbuus.com<br>Email: lvandale@schifferbuus.com<br>*Attorneys for Transunion Title Insurance Company* | Jilbert Tahmazian<br>Jilbert Tahmazian Law Offices<br>1518 West Glenoaks Boulevard<br>Glendale, CA 91201<br>Email: jilbert@jilbertlaw.com<br>*Attorney for Defendants 718 West Wilson Avenue Glendale, California 91203 and Hovsep Boghossian* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of August 2010, at San Diego, California.

*/s/ Marsha L. Johnson*
MARSHA L. JOHNSON

2111267.wpd