# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:09-cv-06487-JHN-VBKx | Date | August 24, 2010 |
| Title | United States of America v. 718 West Wilson Avenue Glendale, California 91203 et al. | | |

**Present: The Honorable** JACQUELINE H. NGUYEN

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER GRANTING MOTION TO TRIFURCATE AND MOTION TO LIFT STAY (In Chambers)

Pending before this Court and set for hearing on September 13, 2010 are two motions: (1) Plaintiff United States' Motion to Trifurcate (Docket No. 47), filed on July 23, 2010; and (2) Plaintiff-In-Intervention U.S. Bank, N.A.'s Motion to Terminate Stay as to Intervenor Defendant Remy Mazmanian (Docket No. 50), filed on August 4, 2010. The Court has considered the briefs filed in these matters and deems the matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. Accordingly, the hearing set for September 13, 2010 is removed from the Court's calendar. For the reasons herein, the Court GRANTS both Motions.

With regard to the Motion to Trifurcate, U.S. Bank filed a Notice of Non-Opposition stating that it does not oppose the Government's Motion. No other Defendant filed an opposition. An opposition was required under Local Rule 7-9. Failure to do so may be deemed consent to the granting of the motion. *See* Local Rule 7-12. **Based upon U.S. Bank's Notice of Non-Opposition and Defendants' failure to file an opposition, the Court GRANTS the Motion to Trifurcate (Docket No. 47).**

With respect to the Motion to Lift the Stay, no party filed an opposition, which was required under Local Rule 7-9. The Court hereby deems the parties' failure to file a written opposition as consent to the granting of the Motion. *See* Local Rule 7-12. **Accordingly, the Court GRANTS the Motion to Lift the Stay (Docket No. 50).**

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |