# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-06487-JHN-VBKx | Date | October 18, 2010 |
|---|---|---|---|
| Title | United States of America v. 718 West Wilson Avenue Glendale, California 91203 et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE SANCTIONS (In Chambers)

On September 22, 2010, Plaintiff filed a Motion for Partial Summary Judgment as to CERCLA Liability ("Motion"), set for hearing on October 25, 2010. An opposition, if any, was due no later than October 4, 2010. Local Rule 7-9 (requiring that opposing papers be filed and served not later than twenty-one (21) days before hearing on the motion).

Despite a courtesy phone call from the Court Clerk on October 5, 2010, inquiring on the status of the case and informing Defendant that an opposition was past due, Defendant still has not filed an opposition.

**Defendant is ORDERED TO SHOW CAUSE, in writing, not later than November 8, 2010, at noon as to why the Court should not impose sanctions for failure to file an opposition or a statement of non-opposition.**

**As an appropriate response, the Court will accept, by not later than November 8, 2010, at noon, an opposition or a statement of non-opposition. A reply, if any, is due not later than November 15, 2010. The Court continues the hearing on Plaintiff's Motion to November 29, 2010, at 2:00 p.m.**

The hearing set for October 25, 2010, is hereby removed from the Court's calendar.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-06487-JHN-VBKx | Date | October 18, 2010 |
|---|---|---|---|
| Title | United States of America v. 718 West Wilson Avenue Glendale, California 91203 et al | | |