1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION - WESTERN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>718 West Wilson Avenue<br>Glendale, California 91203<br>Lot 17 of Tract no. 4531, in the County of Los Angeles, California, as per map recorded at Book 52, page 18 of Parcel Maps, Office of the County Recorder; and<br><br>Hovsep Boghossian,<br><br>　　　　　Defendant(s).<br>U.S. BANK, NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff in Intervention,<br><br>　　v.<br><br>HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an individual, REMY MAZMANIAN, an individual, NATIONS TITLE COMPANY OF CALIFORNIA, REGENCY ESTATE PROPERTIES, INC., a California corporation, TRANSUNION TITLE INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:09-cv-06487-JHN-VBKx<br><br>**ORDER GRANTING STIPULATION BETWEEN PARTIES IN INTERVENTION TO EXTEND DISCOVERY CUT-OFF DEADLINE**<br><br>**Current Discovery Cut-Off: December 10, 2010**<br>**New Discovery Cut-Off:　　January 10, 2011** |

/././

1  Good cause appearing, the stipulation filed by Plaintiff-In-Intervention U.S. BANK, N.A., by and through their attorney of record, Pite Duncan, LLP, Genail M. Anderson, Defendant-In-Intervention NATIONS TITLE COMPANY OF CALIFORNIA by and through its counsel of record Ericksen Arbuthnot, Mark L. Kiefer, Defendant-In-Intervention HOVSEP BOGHOSSIAN by and through its counsel of record Jilbert Tahmazian and Defendant-In-Intervention TRANSUNION TITLE INSURANCE COMPANY by and through its counsel of record Schiffer & Buus, APC, Eric M. Schiffer to continue the Discovery Cut-Off date from December 10, 2010 to January 10, 2011 is approved.

Accordingly, it is ordered, pursuant to stipulation, that the Discovery Cut-Off deadline as to parties in Intervention is now **January 10, 2011**.

**IT IS SO ORDERED:**

DATED this 16th day of November, 2010.

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE