AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL District of CALIFORNIA

*FOR OFFICE USE ONLY*

United States of America )
_____ )
*Plaintiff* )
v. ) Civil Action No. CV 09-06487 JHN VBKx
718 W. Wilson Avenue, Glendale, CA )
_____ )
See Attached *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
REMY MAZMANIAN, 19201 Briarfield Way, Tarzana, CA 91356

*FOR OFFICE USE ONLY*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark L. Kiefer, Esq., ERICKSEN ARBUTHNOT, 835 Wilshire Blvd., Suite 500, Los Angeles, CA 90017; 213.489.4411

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1-10-11

**TANYA DURANT**
*Signature of Clerk or Deputy Clerk*

1188

*FOR OFFICE USE ONLY*

AO-440

MARK L. KIEFER, ESQ., Bar #116633
ERICKSEN ARBUTHNOT
835 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2603
(213) 489-4411 / (213) 489-4332 Fax
E-mail: mkiefer@ericksenarbuthnot.com

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2010
3:03
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

Attorneys for Defendant-In-Intervention NATIONS TITLE COMPANY OF CALIFORNIA, a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>718 WEST WILSON AVENUE, GLENDALE, CALIFORNIA 91203; LOT 17 of TRACT NO. 4531, IN THE COUNTY OF LOS ANGELES, CALIFORNIA, AS PER MAP RECORDED AT BOOK 52, PAGE 18 OF PARCEL MAPS, OFFICE OF THE COUNTY RECORDER; AND HOVSEP BOGHOSSIAN,<br><br>Defendants.<br><br>U.S. BANK, NATIONAL ASSN,<br><br>Plaintiff In Intervention,<br><br>vs.<br><br>HOVSEP DERBOGHOSSIAN (aka HOVSEP BOGHOSSIAN), an individual, REMY MAZMANIAN, an individual, NATIONS TITLE COMPANY OF CALIFORNIA, REGENCY ESTATE PROPERTIES, INC., a California Corporation, TRANSUNION TITLE INSURANCE COMPANY and DOES 1 through 100, Inclusive,<br><br>Defendants In Intervention | CASE NO: CV 09-06487 JHN VBKx<br><br>Assigned Judge: Hon. Jacqueline H. Nguyen<br><br>Complaint Filed: 9/30/09<br>Complaint In Intervention Filed: 1/28/10<br><br>Trial: None Set<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT-IN-INTERVENTION NATIONS TITLE COMPANY OF CALIFORNIA TO PLAINTIFF'S COMPLAINT-IN-INTERVENTION; COUNTER-CLAIM; REQUEST FOR JURY TRIAL** |

1

ANSWER TO PLAINTIFF'S COMPLAINT-IN-INTERVENTION; COUNTER-CLAIM

5/7/10