1 | MARK L. KIEFER, ESQ., Bar #116633
2 | ERICKSEN ARBUTHNOT
  | 835 Wilshire Boulevard, Suite 500
  | Los Angeles, California 90017-2603
3 | (213) 489-4411 / (213) 489-4332 Fax
  | E-mail: mkiefer@ericksenarbuthnot.com
4 | Attorneys for Defendant-In-Intervention NATIONS TITLE COMPANY OF
5 | CALIFORNIA, a California Corporation

**DENIED**
BY ORDER OF
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CV 09-06487 JHN VBKx |
| Plaintiffs, | Assigned Judge: Hon. Jacqueline H. Nguyen |
| vs. | Complaint Filed: 9/30/09 |
| 718 WEST WILSON AVENUE, GLENDALE, CALIFORNIA 91203; LOT 17 of TRACT NO. 4531, IN THE COUNTY OF LOS ANGELES, CALIFORNIA, AS PER MAP RECORDED AT BOOK 52, PAGE 18 OF PARCEL MAPS, OFFICE OF THE COUNTY RECORDER; AND HOVSEP BOGHOSSIAN, | Complaint In Intervention Filed: 1/28/10 |
| | Trial: June 7, 2011 |
| | [~~PROPOSED~~] ORDER GRANTING DEFENDANT NATIONS TITLE COMPANY OF CALIFORNIA'S REQUEST TO EXCUSE PERSONAL ATTENDANCE OF SETTLEMENT REPRESENTATIVE |
| Defendants. | |
| | Date: April 5, 2011 |
| | Time: 10:00 a.m. |
| | Magistrate Judge: Victor B. Kenton |
| | Courtroom: 590 |
| | Location: Roybal Federal Bldg., 255 East Temple Street, Los Angeles, CA |
| U.S. BANK, NATIONAL ASSN, | |
| Plaintiff In Intervention, | |
| vs. | |

1

PROPOSED ORDER RE DEFENDANT-IN-INTERVENTION NATIONS TITLE COMPANY OF CALIFORNIA, INC.'S REQUEST TO EXCUSE PERSONAL ATTENDANCE OF SETTLEMENT REPRESENTATIVE

| | |
|---|---|
| 1 | HOVSEP DERBOGHOSSIAN (aka HOVSEP BOGHOSSIAN), an )
| 2 | individual, REMY MAZMANIAN, an ) individual, NATIONS TITLE )
| 3 | COMPANY OF CALIFORNIA, ) REGENCY ESTATE PROPERTIES, )
| 4 | INC., a California Corporation, ) TRANSUNION TITLE INSURANCE )
| 5 | COMPANY and DOES 1 through 100, ) Inclusive, )
| 6 | Defendants In Intervention ) |

IT IS HEREBY ORDERED:

That Defendant-In-Intervention NATIONS TITLE COMPANY OF CALIFORNIA'S ("NATIONS") request to excuse the personal attendance of its settlement representative at the Settlement Conference before the Honorable Victor B. Kenton, on April 5, 2011, at 10:00 a.m. in Courtroom 590 of the Roybal Federal Building is GRANTED and that NATIONS settlement representative, Brian Brown, of Chartis Insurance, be allowed to appear at the Settlement Conference telephonically at (212) 458-1211.

DATED: 3/30/11    *DENIED*

_____
JUDGE OF THE DISTRICT COURT

2

PROPOSED ORDER RE DEFENDANT-IN-INTERVENTION NATIONS TITLE COMPANY OF CALIFORNIA, INC.'S REQUEST TO EXCUSE PERSONAL ATTENDANCE OF SETTLEMENT REPRESENTATIVE