WILLIAM A. WEINISCHKE
DAVIS H. FORSYTHE
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W.
Washington, D.C. 20004
Tel.: (202) 514-4592
Fax: (202) 514-2583
Emails: bill.weinischke@usdoj.gov
        davis.forsythe@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| The United States of America, | Case No. 2:09-cv-06487-JHN-VBKx |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | Judge: Honorable Jacqueline H. Nguyen |
| 718 West Wilson Avenue, Glendale, California, 91203, Lot 17 of Tract No. 4531, as per map record at Book 52, page 18 of Parcel Maps, Office of The County Recorder, and Hovsep Boghossian, | |
| Defendants. | |

Plaintiff's Request for Entry of Final Judgment Pursuant to Rule 58 is GRANTED. Accordingly, pursuant to Fed. R. Civ. P. 58(d), Sections 104(e), 107 and 113(g)(2) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9604(e), 9607 and 9613(g)(2), and this Court's Orders of November 30, 2010 (docket no. 70) and April 11, 2011 (docket no. 153), it is hereby:

1     ORDERED and ADJUDGED that Defendants 718 West Wilson Avenue, Glendale, California 91203 (the "Property") and Hovsep Boghossian are jointly and severally liable (the Property *in rem* and Boghossian *in personam*) for and shall pay to the United States $1,392,734.14, for response costs incurred through September 30, 2010, related to releases and threatened releases of hazardous substances from the Property;

    FURTHER ORDERED and ADJUDGED that, pursuant to Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), Defendants the Property and Hovsep Boghossian are jointly and severally liable for further response costs the United States has or will incur after September 30, 2010, related to releases or threatened releases of hazardous substances from the Property; and

    FURTHER ORDERED and ADJUDGED that Defendant Hovsep Boghossian shall pay to the United States a civil penalty of $37,500.00 for his late and inadequate response to the United States' November 18, 2008 information request issued under Section 104(e) of CERCLA, 42 U.S.C. § 9604(e).

IT IS SO ORDERED.

Dated: April 13, 2011

                      Honorable Jacqueline H. Nguyen
                      UNITED STATES DISTRICT COURT