1  PETER J. SALMON (SBN 174386)
   LAUREL I. HANDLEY (SBN 231249)
2  GENAIL M. ANDERSON (SBN 236834)
   PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
   P.O. BOX 17935
4  SAN DIEGO, CA 92177-0935
   TELEPHONE: (858) 750-7600
5  FACSIMILE: (619) 590-1385
   E-Mail: ganderson@piteduncan.com
6
   Attorneys for Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No. 2:09-cv-06487-JHN-VBKx |
| 11     Plaintiff, | Assigned Judge: Hon. Jacqueline H. Nguyen |
| 12     v. | **ORDER CONTINUING TRIAL DATE AND SCHEDULING ORDER DEADLINES** |
| 13  718 West Wilson Avenue Glendale, California 91203 | |
| 14  Lot 17 of Tract no. 4531, in the County of Los Angeles, California, as per map | Complaint Filed:          9/30/2009 |
| 15  recorded at Book 52, page 18 of Parcel Maps, Office of the County Recorder; | Complaint-in-Intervention Filed:  1/28/2010 |
| 16  and | First Amended Complaint-in-Intervention Filed:    3/28/2011 |
| 17  Hovsep Boghossian, | |
| 18     Defendant(s). | |
| 19  U.S. BANK, NATIONAL | |
| 20  ASSOCIATION, | |
| 21     Plaintiff in Intervention, | |
| 22     v. | |
| 23  HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an | |
| 24  individual, REMY MAZMANIAN, an individual, ART MAZMANIAN (a.k.a. | |
| 25  VARTEVAR MAZMANIAN a,k.a. VARTO MAZMANIAN), an | |
| 26  individual, NATIONS TITLE COMPANY OF CALIFORNIA, | |
| 27  REGENCY ESTATE PROPERTIES, INC., a California corporation, | |
| 28  TRANSUNION TITLE INSURANCE | |

-1-
ORDER CONTINUING TRIAL DATE AND SCHEDULING ORDER DEADLINES

COMPANY, and DOES 1 through 100, Inclusive,

    Defendants in Intervention.

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

    A.    The Trial is hereby continued to October 18, 2011 at 8:30 a.m.;

    B.    The Final Pre-Trial Conference with the designated attorney and/or parties in proper person will be held on September 19, 2011 at 10:30 a.m.;

    C.    Motion Hearing Cut-Off: August 29, 2011;

    D.    Settlement Cut-Off: August 1, 2011;

    E.    Last day to amend: expired

    F.    Discovery Cut-Off (including all expert discovery): July 22, 2011.

**IT IS SO ORDERED.**

Dated:    April 25, 2011

                              HON. JACQUELINE NGUYEN