PETER J. SALMON (SBN 174386)
LAUREL I. HANDLEY (SBN 231249)
GENAIL M. ANDERSON (SBN 236834)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: ganderson@piteduncan.com

Attorneys for U.S. BANK, NATIONAL ASSOCIATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cv-06487-JHN-VBKx |
| Plaintiff, | |
| v. | **AFFIDAVIT OF DUE DILIGENCE** |
| 718 West Wilson Avenue Glendale, California 91203 Lot 17 of Tract no. 4531, in the County of Los Angeles, California, as per map recorded at Book 52, page 18 of Parcel Maps, Office of the County Recorder; and | Complaint Filed: 9/30/2009 Complaint-in-Intervention Filed: 1/28/2010 First Amended Complaint-in-Intervention Filed: 3/28/2011 Trial Date:10/18/2011 |
| Hovsep Boghossian, | |
| Defendant(s). | |
| U.S. BANK, NATIONAL ASSOCIATION, | |
| Plaintiff in Intervention, | |
| v. | |
| HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an individual, et al., | |
| Defendants in Intervention. | |

/././

/././

STATE OF CALIFORNIA    )

                         ) ss:

COUNTY OF LOS ANGELES)

    I, Genail M. Anderson, being duly sworn, deposes and says:

    1.    That I am an attorney licensed to practice before all courts in this State. I have personal knowledge of the facts contained herein, and I am competent to testify thereto.

    2.    I am making this affidavit in support of Plaintiff in Intervention's Application for an Order for Service of Summons as to Defendant ART MAZMANIAN (a.k.a. VARTEVAR MAZMANIAN a.k.a. VARTO MAZMANIAN) ("Art Mazmanian") by Publication in the above-referenced matter.

    3.    Plaintiff filed its First Amended Complaint in the instant action on March 28, 2011.

    4.    Multiple causes of action against Art Mazmanian exist in the First Amended Complaint surrounding the fraud and misrepresentations committed by Art Mazmanian, among others, against Plaintiff in Intervention as further described therein.

    5.    That shortly after the filing of the First Amended Complaint, my firm and I began a search to locate Art Mazmanian named herein, to effectuate service of process.

    6.    In an attempt to locate Art Mazmanian, I performed an Accurint.com nationwide search which identified the following two possible residences for Art Mazmanian: 245 W. Loraine Street, #101, Glendale, California 91202 and 1535 Ridgeview Drive, Glendale, California 91207.

    7.    In an attempt to serve Art Mazmanian, Pite Duncan, LLP hired Advanced Attorney Services, Inc. ("AAS")  to attempt service at 245 W. Loraine Street, #101, Glendale, California 91202 and 1535 Ridgeview Drive, Glendale, California 91207.  Each attempt was unsuccessful.  A true and correct copy of the

Declaration of Diligence from AAS is attached hereto as **Exhibit A**.

8. The 245 W. Loraine Street, #101, Glendale, California 91202 address was determined by AAS to be occupied by the Linder family, who indicated they did not know Art Mazmanian.

9. The 1535 Ridgeview Drive, Glendale, California 91207 address is a secure gated single family residence with an intercom. This address is believed to be the true residence of Art Mazmanian.

10. On January 7, 2011, I attended the deposition of Hovsep Derboghossian, a co-defendant in the present action and acquaintance of Art Mazmanian. I have reviewed the deposition transcript and it is consistent with my recollection of the testimony given.

11. During his deposition, Hovsep Derboghossian testified that he spoke to Art Mazmanian a couple of days prior to the deposition and that Art Mazmanian resided on Ridgeview Drive in Glendale. A true and correct copy of excerpts from the deposition transcript of Hovsep Derboghossian is attached hereto as **Exhibit B**.

12. Hovsep Derboghossian further testified that when he spoke to Art Mazmanian a couple of days prior to his deposition they discussed the instant case.

13. Despite several attempts by AAS to serve Art Mazmanian at 1535 Ridgeview Drive, Glendale, California 91207, it was unable to do so.

14. On April 13, 2011, after the multiple attempts at personal service were unsuccessful, my firm mailed the Summons, First Amended Complaint and two copies of the Notice and Acknowledgment along with a self-addressed stamped envelope to Art Mazmanian per California Code of Civil Procedure §415.30. A true and correct copy of the declaration of service is enclosed herewith as **Exhibit C**.

/./.

/./.

/./.

/./.

15.     It has been more than 20 days since the Summons, First Amended Complaint and two copies of the Notice and Acknowledgment along with a self-addressed stamped envelope were mailed to Art Mazmanian.    However Art Mazmanian has not returned the executed Acknowledgment acknowledging receipt of same.

16.     No additional residences of Art Mazmanian are known at this time.

17.     I have searched all of the Los Angeles County telephone directories, which has not produced any additional or new addresses for Art Mazmanian.

18.     Despite Plaintiff in Intervention's numerous attempts to identify, locate and serve Art Mazmanian, Plaintiff in Intervention has been unable to do so.

19.     For these reasons, I request an Order to Serve Art Mazmanian by Publication and Mailing be granted.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this ___10th___ of __May__, 2011.

GENAIL M. ANDERSON
Attorney for Plaintiff in Interevention
U.S. BANK, NATIONAL ASSOCIATION

STATE OF CALIFORNIA )

COUNTY OF SAN DIEGO )

On _5-10-11_ ,2011, before me, Andrea Whitney a notary public personally appeared Genail M. Anderson, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity(, and that by her signature on the instrument the person, or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Andrea Whit_ (Seal)

ANDREA WHITNEY
Commission No. 1814711
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires October 22, 2012

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on May 10, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: following CM/ECF registrants:

| | |
|---|---|
| Jilbert Tahmazian<br>Jilbert Tahmazian Law Offices<br>1518 West Glenoaks Boulevard<br>Glendale, CA 91201<br>Email: jilbert@jilbertlaw.com<br>Attorney for 718 West Wilson Avenue<br>Glendale, California 91203, *Hovsep*<br>*Boghossian and Hovsep*<br>*Derboghossian* | Mark L Kiefer<br>Ericksen Arbuthnot<br>835 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90017-2603<br>Email:<br>mkiefer@ericksenarbuthnot.com<br>*Attorney for Nations Title Company of*<br>*California* |
| Eric M Schiffer<br>Leslie F Vandale<br>Schiffer & Buus APC<br>4675 MacArthur Court, Suite 590<br>Newport Beach, CA 92660<br>Email: eschiffer@schifferbuus.com<br>Email: lvandale@schifferbuus.com<br>*Attorneys for Transunion Title*<br>*Insurance Company* | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May 2011, at San Diego, California.

MARSHA L. JOHNSON