PETER J. SALMON (SBN 174386)
LAUREL I. HANDLEY (SBN 231249)
GENAIL M. ANDERSON (SBN 236834)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: ganderson@piteduncan.com

Attorneys for Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>718 West Wilson Avenue<br>Glendale, California 91203<br>Lot 17 of Tract no. 4531, in the County of Los Angeles, California, as per map recorded at Book 52, page 18 of Parcel Maps, Office of the County Recorder; and<br><br>Hovsep Boghossian,<br><br>Defendant(s).<br><br>U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an individual, et al.,<br><br>Defendants in Intervention. | Case No. 2:09-cv-06487-JHN-VBKx<br><br>Assigned Judge: Hon. Jacqueline H. Nguyen<br><br>**ORDER OF SERVICE OF SUMMONS BY PUBLICATION**<br><br>Complaint Filed: 9/30/2009<br>Complaint-in-Intervention Filed: 1/28/2010<br>First Amended Complaint-<br>in-Intervention Filed: 3/28/2011<br><br>Trial Date: 10/18/2011 |

/././

/././

-1-
ORDER OF SERVICE BY PUBLICATION

The Court, having considered the Application of Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION ("Plaintiff") to allow service of the Summons in the above-referenced matter on Defendant ART MAZMANIAN (a.k.a. VARTEVAR MAZMANIAN a,k.a. VARTO MAZMANIAN) ("Art Mazmanian") by publication, the Affidavit of Genail M. Anderson in support of the Application, and other good cause appearing,

**IT IS ORDERED** that service of the Summons in this action be made on Defendant Art Mazmanian by publication once a week for four consecutive weeks in a newspaper of general circulation in the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: _____

HON. JAQUELINE H. NGUYEN

Presented by:

_____
GENAIL M. ANDERSON
Attorney for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on May 10, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: following CM/ECF registrants:

| | |
|---|---|
| Jilbert Tahmazian<br>Jilbert Tahmazian Law Offices<br>1518 West Glenoaks Boulevard<br>Glendale, CA 91201<br>Email: jilbert@jilbertlaw.com<br>Attorney for 718 West Wilson Avenue<br>Glendale, California 91203, *Hovsep Boghossian and Hovsep Derboghossian* | Mark L Kiefer<br>Ericksen Arbuthnot<br>835 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90017-2603<br>Email: mkiefer@ericksenarbuthnot.com<br>*Attorney for Nations Title Company of California* |
| Eric M Schiffer<br>Leslie F Vandale<br>Schiffer & Buus APC<br>4675 MacArthur Court, Suite 590<br>Newport Beach, CA 92660<br>Email: eschiffer@schifferbuus.com<br>Email: lvandale@schifferbuus.com<br>*Attorneys for Transunion Title Insurance Company* | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May 2011, at San Diego, California.

*/s/ Marsha L. Johnson*
MARSHA L. JOHNSON