# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-06487-JHN-VBKx | Date | May 18, 2011 |
|---|---|---|---|
| Title | United States of America v. 718 West Wilson Avenue Glendale, California 91203 et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER GRANTING PLAINTIFF-IN-INTERVENTION U.S. BANK'S APPLICATION FOR ORDER OF SERVICE OF SUMMONS BY PUBLICATION [159]   (In Chambers)

The Court is in receipt of U.S. Bank's Application for Order of Service of Summons by Publication, filed on May 10, 2011.  (Docket No. 159).  U.S. Bank seeks to effect service by publication upon Defendant Art Mazmanian (a.k.a. Vartevar Mazmanian a.k.a. Varto Mazmanian) ("Art Mazmanian").  For the reasons set forth below, the Court hereby GRANTS the Application.

**Federal Rule of Civil Procedure 4(e)**

Under Federal Rule of Civil Procedure 4(e), an individual may be served by:

> (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
> (2) doing any of the following: (A) delivering a copy of the summons and of the complaint to the individual personally;  (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

**California Code of Civil Procedure § 415.50(a)(1)**

California law provides for service of process by publication.  California Code of Civil Procedure §415.50(a)(1), in pertinent part, reads:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-06487-JHN-VBKx | Date | May 18, 2011 |
|---|---|---|---|
| Title | United States of America v. 718 West Wilson Avenue Glendale, California 91203 et al | | |

"A summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified in this article and that . . . A cause of action exists against the party upon whom service is to be made or he or she is a necessary or proper party to the action."

U.S. Bank's Application asserts that it has made diligent efforts to serve Art Mazmanian and has not been able to affect service by any of the other means authorized under Federal or California law.  (Application 2.)  In an attempt to locate Art Mazmanian, counsel for U.S. Bank "performed an Accurint.com nationwide search which identified the following two possible residences for Art Mazmanian: 245 W. Loraine Street, #101, Glendale, California 91202 and 1535 Ridgeview Drive, Glendale, California 91207."  (Anderson Decl. ¶ 6.)  In an attempt to serve Art Mazmanian, counsel hired Advanced Attorney Services, Inc. ("AAS") to attempt service at these two addresses.  (*Id.* ¶ 7.)  All attempts were unsuccessful.  (*See* Anderson Aff., Ex. A, Declaration of Diligence from AAS.)

Having reviewed the Application, the Anderson Affidavit of Due Diligence, and the exhibits attached thereto, and good cause showing, the Court GRANTS the Application.

THEREFORE, IT IS HEREBY ORDERED that service of the above-captioned Summons on Defendant Art Mazmanian be accomplished by publication of said summons in a newspaper of general circulation in the County of Los Angeles.  The newspaper most likely to give actual notice is The Los Angeles Times.  Accordingly, the Court directs U.S. Bank to publish its summons in that newspaper once a week for four successive weeks, in compliance with California Government Code § 6064.

IT IS FURTHER ORDERED THAT U.S. Bank serve a copy of the Summons and Complaint on Art Mazmanian by mail, should his address be ascertained before expiration of the time for publication.  At the expiration of time for publication, Proof of Service of process by publication is to be filed with the Court.

**IT IS SO ORDERED.**

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |