UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-06487-JHN-VBK | Date | September 15, 2011 |
|---|---|---|---|
| Title | United States of America v. 718 West Wilson Avenue Glendale, California 91203 et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER FOR REPORT and ORDER CONTINUING PRETRIAL CONFERENCE (IN CHAMBERS)

On September 15, 2011, the Court Clerk was informed that Plaintiff-in-Intervention U.S. Bank, National Association ("U.S. Bank") has settled its claims against Defendants-in-Intervention Transunion Title Insurance Company ("Transunion") and Nations Title Company of California ("Nations Title"). As a result, the cross-motions for summary judgment filed by these parties are now MOOT. (Docket Nos. 95, 77, and 86). Likewise, Nations Title's motion in limine to exclude U.S. Bank's expert witness is MOOT. (Docket Nos. 158, 163.)

U.S. Bank, Transunion, and Nations Bank are HEREBY ORDERED to jointly file, within 10 days: (1) a Notice of Settlement or Dismissal to formally inform the Court which parties and/or claims should be dismissed and (2) a status report not exceeding 5-pages identifying which claims and parties remain for purposes of the trial, which is currently set for October 18, 2011. (Docket No. 157.)

The Final Pretrial Conference ("FPTC") set for September 19, 2011 is continued to **October 10, 2011 at 10:30 a.m.** If the remaining claims are *not* settled before September 30, 2011, the parties shall file all the required pretrial documents, including the Proposed Final Pretrial Conference Order, no later than September 30, 2011. If the remaining claims are settled before September 30, 2011, the parties shall file a notice of settlement or dismissal no later than that date.

**IT IS SO ORDERED.**

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |