PETER J. SALMON (SBN 174386)
LAUREL I. HANDLEY (SBN 231249)
GENAIL M. ANDERSON (SBN 236834)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: ganderson@piteduncan.com

Attorneys for Plaintiff in Intervention U.S. BANK, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>718 West Wilson Avenue<br>Glendale, California 91203<br>Lot 17 of Tract no. 4531, in the County of Los Angeles, California, as per map recorded at Book 52, page 18 of Parcel Maps, Office of the County Recorder; and<br><br>Hovsep Boghossian,<br><br>Defendant(s). | Case No. 2:09-cv-06487-JHN-VBKx<br><br>Assigned Judge: Hon. Jacqueline H. Nguyen<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an individual, REMY MAZMANIAN, an individual, ART MAZMANIAN (a.k.a. VARTEVAR MAZMANIAN a,k.a. VARTO MAZMANIAN), an individual, NATIONS TITLE COMPANY OF CALIFORNIA, REGENCY ESTATE PROPERTIES, INC., a California corporation, TRANSUNION TITLE INSURANCE COMPANY, and DOES 1 through 100, | |

| | |
|---|---|
| 1 | Inclusive, |
| 2 |     Defendants in Intervention. |
| 3 | NATIONS TITLE COMMPANY OF CALIFORNIA, |
| 4 | |
| |     Cross-Claimant |
| 5 | |
| |     v. |
| 6 | |
| 7 | HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an individual, REMY MAZMANIAN, an |
| 8 | individual REGENCY ESTATE PROPERTIES, INC., a California |
| 9 | corporation, and DOES 1 through 100, Inclusive, |
| 10 | |
| |     Cross-Defendants. |
| 11 | |
| 12 | TRANSUNION TITLE INSURANCE COMPANY |
| 13 | |
| |     Cross-Claimant |
| 14 | |
| |     v. |
| 15 | |
| 16 | HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an individual, REMY MAZMANIAN, an |
| 17 | individual REGENCY ESTATE PROPERTIES, INC., a California |
| 18 | corporation, ART MAZMANIAN (a.k.a. VARTEVAR MAZMANIAN |
| 19 | a,k.a. VARTO MAZMANIAN), an individual, and DOES 1 through 100, |
| 20 | Inclusive, |
| 21 | Cross-Defendants. |
| 22 | HOVSEP DERBOGHOSSIAN (a.k.a. HOVSEP BOGHOSSIAN) an |
| 23 | individual, |
| 24 |     Cross-Claimant |
| 25 |     v. |
| 26 | NATIONS TITLE COMPANY OF CALIFORNIA, and DOES 1 through |
| 27 | 100, Inclusive, |
| 28 | Cross-Defendants. |

# **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

    A.    U.S. Bank, National Association's complaint-in-intervention is hereby dismissed, with prejudice.

    B.    Nations Title Company of California's cross-claim against Hovsep Derboghossian (a.k.a. Hovsep Boghossian) ("Derboghossian") is hereby dismissed, with prejudice.

    C.    Nations Title Company of California's cross-claim against Remy Mazmanian and Regency Estate Properties, Inc., and DOES 1-100 is hereby dismissed, without prejudice.

    D.    Hovsep Derboghossian's cross-claim is hereby dismissed, with prejudice.

    E.    TransUnion Title Insurance Company's cross-claim against Derboghossian and Regency Estate Properties, Inc. is hereby dismissed with prejudice.

    F.    The parties hereby waive notice of the dismissal.

**IT IS SO ORDERED.**

Dated: November 7, 2011

HON. JACQUELINE NGUYEN