UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>718 WEST WILSON AVENUE, GLENDALE, CALIFORNIA 91203; LOT 17 of TRACT NO. 4531, IN THE COUNTY OF LOS ANGELES, CALIFORNIA, AS PER MAP RECORDED AT BOOK 52, PAGE 18 OF PARCEL MAPS, OFFICE OF THE COUNTY RECORDER; AND HOVSEP BOGHOSSIAN,<br><br>　　　　Defendants.<br>_____<br>U.S. BANK, NATIONAL ASSN,<br><br>　　　　Plaintiffs In Intervention,<br><br>　vs.<br><br>HOVSEP DERBOGHOSSIAN (aka HOVSEP BOGHOSSIAN), an individual, REMY MAZMANIAN, an | Case No.: **2:09-cv-06487-JHN-VBKx**<br><br>Assigned Judge: Hon. Jacqueline H. Nguyen<br><br>**JUDGMENT AS TO CROSS-DEFENDANTS IN INTERVENTION ART MAZMANIAN AND REMY MAZMANIAN** |

| | |
|---|---|
| individual, NATIONS TITLE COMPANY OF CALIFORNIA, REGENCY ESTATE PROPERTIES, INC., a California Corporation, TRANSUNION TITLE INSURANCE COMPANY and DOES 1 through 100, Inclusive,<br><br>        Defendants In Intervention | ) ) ) ) ) ) ) ) ) ) |

The Application for Default Judgment of Defendant-in-Intervention and Cross-Complainant WFG Title Insurance formerly known asTransUnion Title Insurance Company ("TransUnion") was GRANTED on February 3, 2012 (Docket No. 181). Accordingly, it is hereby ORDERED and ADJUGDED that Cross-Defendants-in-Intervention Art Mazmanian and Remy Mazmanian are jointly and severally liable and shall pay to TransUnion the sum of One Hundred Thirty-two Thousand Six Hundred and Sixty Dollars ($132,660.00).

**IT IS SO ORDERED.**

Dated:  February 8, 2012

_____
guyen
JRT